UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19cv61825

ADRIANA BARBIERI,

    Plaintiff,

v.

EVENTBRITE, INC., and SWARM INC.,

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, Adriana Barbieri, and Defendants, Eventbrite, Inc., and Swarm, Inc., hereby file their Joint Stipulation of Dismissal.

1. On July 21, 2019, Plaintiff filed against Defendants, Eventbrite, Inc. and Swarm, Inc., a Class Action Complaint in the United States District Court for the Southern District of Florida Case No. 0:19-cv-61825-RAR.

2. Thereafter, the Parties engaged in settlement negotiations and entered into a settlement agreement that includes an agreement to seek the stipulated dismissal of this lawsuit with prejudice as to her individual claims and without prejudice as to the claims of the putative class members.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed without court order by filing a stipulation of dismissal signed by all parties who have appeared.

WHEREFORE, Plaintiff, Adriana Barbieri, individually and on behalf of all others similarly situated, and Defendants, Eventbrite, Inc., and Swarm, Inc., respectfully stipulate to the dismissal of this action.

Respectfully submitted,

Dated: September 24 2019

/s/ *Jibrael S. Hindi*
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No. 118259
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September __, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

/s/ *Jibrael S. Hindi*
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No. 118259
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

MIADOCS 18805330 3